■ BRICKLAYERS & ALLIED CRAFTSMEN, LOCAL NO. 11, Appellant, v RICHARD RANIERI CONSTRUCTION CORP., Respondent.—Order unanimously affirmed, with costs. Memorandum: In affirming we limit the issues to whether the joint conciliation committee conducted an arbitration hearing and, if it did, whether respondent participated in the arbitration. (Appeal from order of Monroe Supreme Court—confirm arbitrator's award.) Present—Simons, J. P., Schnepp, Callahan, Doerr and Witmer, JJ.